UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 18-131-RAJ |
| v. | **DETENTION ORDER** |
| LAMONT JEFFREY REYNOLDS, | |
| Defendant. | |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant evaded arrest and prosecution and was a fugitive for about six months. He came before the Court only because he was arrested by state authorities in connection with a domestic violence investigation. When contacted by the police in the state case, defendant twice gave the arresting officer a false name in order to evade arrest. At the time of his arrest, defendant had two pending state arrest warrants in addition to the warrant issued in this case.

DETENTION ORDER - 1

Defendant also has a criminal history that indicates a pattern of failing to appear for court appearances and the issuance of arrest warrants.

(2) The government also proffered that in June when one of the main defendants was arrested, there was evidence that defendant was residing at the home. Located in the home was defendant's mail, large amounts of cash, drugs and firearms.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of January, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge