Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

LAMONT JEFFREY REYNOLDS and
CARLISA AJA McNEAL,

                    Defendants.

No. CR18-131 RAJ

MINUTE ORDER

          The clerk issues the following minute order by the authority of the Honorable
Richard A. Jones, United States District Court Judge.

          Having considered the Stipulated Motion to Change Deadlines on Complex
Case Management Order entered between the Government and Defendants Lamont
Jeffrey Reynolds and Carlisa Aja McNeal, and finding good cause,

          IT IS ORDERED that the parties' Stipulated Motion (Dkt. #539) is
GRANTED.  The deadline to file Pretrial Motions I (Dismissal, Discovery, Bill of
Particulars, and the like) is extended from January 11, 2019, to February 28, 2019.
The deadline for the defense to provide reciprocal discovery is extended from
January 11, 2019, to February 28, 2019.

          DATED this 22nd day of January, 2019.

                              WILLIAM M. McCOOL,
                              Clerk of the Court

                               _/s/ Victoria Ericksen_____
                              Deputy Clerk to Hon. Richard A. Jones