Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAMONT JEFFREY REYNOLDS,<br><br>    Defendant. | No. CR18-131RAJ<br><br>ORDER ON MOTION TO REVIEW ORDER OF DETENTION |

THIS MATTER comes before the Court on Defendant Lamont Jeffrey Reynolds' Motion to Review Order of Detention. The Court, having considered the motion and memorandum in support, the Government's response in opposition, having heard argument of counsel on a hearing conducted on this date, and being fully advised, for the reasons set forth on the record in the Court's oral findings,

IT IS ORDERED that Defendant's Motion to Review Order of Detention (Dkt. #577) is DENIED. Defendant shall remain in custody pending trial in this matter.

DATED this 21st day of February, 2019.

_____
The Honorable Richard A. Jones
United States District Judge