Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMONT JEFFREY REYNOLDS,<br><br>Defendant. | No. CR18-131RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER, having come on for consideration upon the motion of Defendant Lamont Reynolds to seal a document pursuant to the Protective Order, Dkt. #405, now therefore,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #962) is GRANTED. The document filed under Dkt. #963 shall remain under seal.

DATED this 2nd day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1