The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0131 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(1) |
| LAMONT JEFFERY REYNOLDS, | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the United States' Motion to Seal (Dkt. #1298) is GRANTED. Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) shall remain under seal.

DATED this 18th day of May, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Reynolds,* CR18-0131 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970