The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0131 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR OVERLENGTH BRIEF |
| LAMONT JEFFERY REYNOLDS, | |
| Defendant. | |

THIS MATTER, having come before the Court upon the Defendant's motion to file an overlength reply brief, and the Court finding good cause,

IT IS ORDERED THAT the Motion (Dkt. #1302) is GRANTED. Defendant may file a reply brief that does not exceed 15 pages in length.

DATED this 18th day of May, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEF - 1