The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> LAMONT JEFFREY REYNOLDS, <br> Defendant. | NO. CR18-0131 RAJ <br><br> ORDER |

On May 5, 2020, Mr. Reynolds filed the instant motion requesting compassionate release, time served, and supervised release. Dkt. 1292. Mr. Reynolds is a 49-year-old African American male who has tested positive for COVID-19. Dkt. 1301. He contends he has several chronic conditions that increase the risks of him becoming seriously ill or dying as a result of COVID-19. He contends he has hypertension, suffers from kidney stones, has a dangerously high BMI, suffers from chronic back pain/sciatica, and possibly had a heart attack in the past. Dkt. 1301.

As of May 14, 2020, Mr. Reynolds complained of body aches (in his joints, knees, and shoulders) and a bloated feeling in his stomach. He also represents that his medical record of May 8 is accurate and confirms his report of suffering from "cough, SOB, muscle pain, fatigue, sore throat, HA, new loss of taste and smell, and/or chills." Dkt. 1299, p. 113.

The government confirms Mr. Reynolds tested positive for COVID-19 on May 6, 2020, but contends he is an asymptomatic individual. The government represents that

ORDER - 1

when questioned by medical personnel about known symptoms and whether he previously experienced any of the symptoms, he acknowledged he had. Dkt. 1297, p. 5. The government claims that Mr. Reynolds has indicated that he is experiencing none of the known symptoms suggesting that he is or has recovered from the disease. *Id.*

      The government relies primarily upon the Pretrial Services Report to describe Mr. Reynolds's overall health. In reliance upon this report, the government represents that he has no history of lung conditions, confirmed he has high blood pressure, and reported to Pretrial Services he had no additional health problems. In a health screen on September 5, 2019, Mr. Reynolds additionally denied having diabetes, cardiovascular issues, respiratory problems or other conditions. Dkt. 1297. In a subsequent medical consult on February 20, 2020, Mr. Reynolds informed the medical professional that he did not take medication for his high blood pressure because he did not like it. The government does not significantly dispute Mr. Reynolds's characterization of his weight gain. Dkt. 1297.

      There is a gross dispute between Mr. Reynolds and the government regarding his current health in light of his recent positive COVID-19 diagnosis. Mr. Reynolds suggests his condition may endanger his life and the government professes he is asymptomatic. This Court endeavors to make the proper determination about Mr. Reynolds's current COVID-19 status, and the best evidence available can come from just once source, FCI Lompoc medical providers. Compliance with this directive will put the Court in the best position to make a determination on the effects of Mr. Reynolds's positive COVID-19 test.

///
///
///
///
///

ORDER - 2

IT IS ORDERED THAT the government provide to this Court by June 11, 2020, a report on Mr. Reynolds's current medical condition, any COVID-19 symptoms he is currently suffering, any treatment that he has sought, and the treatment provided.

DATED this 2nd day of June, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER - 3