The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBITS 1 AND 2 TO UNITED STATES' SUPPLEMENT IN RESPONSE TO ORDER FOR INFORMATION REGARDING DEFENDANT'S CONDITION |
| v. | |
| LAMONT JEFFREY REYNOLDS, | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibits 1 and 2 to United States' Supplement in Response to Order for Information Regarding Defendant's Condition. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits 1 and 2 to United States' Supplement in Response to Order for Information Regarding Defendant's Condition, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1320) is GRANTED. Exhibits 1 and 2 to United States' Supplement in Response to Order for Information Regarding Defendant's Condition shall remain filed under seal.

DATED this 11th day of June, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Reynolds,* CR18-131 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970