The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff v. LAMONT JEFFREY REYNOLDS, Defendant. | NO. CR18-0131 RAJ ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THIS MATTER has come before the Court on the motion to seal Exhibit 1 to Lamont Jeffrey Reynolds' Motion for Reconsideration. Dkt. 1332. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit 1 to the Motion for Reconsideration, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1332) is GRANTED. Exhibit 1 to the Motion for Reconsideration, Dkt. 1333, shall remain filed under seal.

DATED this 23rd day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge