The Honorable Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMONT JEFFREY REYNOLDS,<br><br>Defendant. | NO. CR18-0131 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION |

This matter has come before the Court on the motion to seal Exhibit 1 to United States' Response to Defendant's Motion for Reconsideration. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 1 to United States' Response to Defendant's Motion for Reconsideration, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #1344) is GRANTED. Exhibit 1 to United States' Response to Defendant's Motion for Reconsideration shall remain filed under seal.

DATED this 1st day of July, 2020.

_(signature)_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Reynolds,* CR18-0131 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970