**EXHIBIT 1**



United States Probation and Pretrial Services
*Western District of Washington*

**Connie M. Smith**  **Monique D. Neal**
*Chief*  *Deputy Chief*

# MEMORANDUM

Date: June 10, 2020

To: The Honorable Richard A. Jones, United States District Judge

From: Timisha Gilbert
United States Probation Officer

Subject: Lamont Jeffrey Reynolds
Case Number: 2:18CR00131-6

COMPASSIONATE RELEASE INVESTIGATION

**STATUS**:
On August 2, 2019, Your Honor sentenced Mr. Reynolds to 60-months incarceration and 4-years' supervised release following his guilty plea to Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. He is currently housed at Federal Correctional Institution Lompoc and has filed a motion for Compassionate Release. He is scheduled to release from custody on April 11, 2023.

**MEDICAL HISTORY**:
The following information was obtained from Mr. Reynolds' presentence report and medical records obtained from the Bureau of Prisons.

Mr. Reynolds is 48 years of age. During his presentence interview, he said he suffers from high blood pressure. He also disclosed that he has arthritis, back pain, and sciatica. These ailments are the result of injuries he has sustained since his youth to include being struck by a vehicle, shot, and falling off a ladder. The bullet remains lodged in his back near his spine. Prior to incarceration he was treating his back pain with CBD oil, acupuncture, and massage therapy. He was taking prescribed hydrochlorothiazide for his high blood pressure.

Since arriving at Federal Correctional Institution Lompoc, Mr. Reynolds has been seen by medical staff numerous times for treatment and management of his medical ailments. Bureau of Prisons records indicate he is currently prescribed hydrochlorothiazide and lisinopril for high blood pressure; however, he informed medical staff he does not take the medications as prescribed because he does not like the side effects. He continues receiving education and counseling from medical staff about taking his medication as prescribed and how changing his exercise and eating habits can assist with controlling his blood pressure and weight. In February 2020, he was treated for conjunctivitis (pink eye) and prescribed neomycin to treat the infection. He has since recovered.

According to the Bureau of Prisons website, mass testing for COVID-19 was conducted at Federal Correctional Institution Lompoc in May 2020 due to multiple inmates and staff members exhibiting symptoms of the infection. On May 6, 2020, Mr. Reynolds tested positive for COVID-19 and placed in isolation. At the time he did not report or exhibit symptoms and was diagnosed as asymptomatic. On May 8, 2020, he reported having a

The Honorable Richard A. Jones, United States District Judge                                Page 2
RE: Lamont Jeffrey Reynolds, 2:18CR00131-6                                             June 10, 2020

cough, shortness of breath, muscle pain, fatigue, sore throat, headache, chills, and loss of taste and smell. During subsequent daily check-ins with medical providers, he denied these and new symptoms. He was removed from isolation and returned to population on May 20, 2020.

On June 9, 2020, I spoke to Bureau of Prisons staff and was informed all infected inmates have recovered and infected staff remain on medical leave.

**MEDICAL NEEDS**:
If released from custody, Mr. Reynolds will not require any specialized medical care. He can sign up for Washington Apple Health to maintain his medication regimen. His sister, Michelle Reynolds, and the probation office can assist him with this. If he needs mental health counseling, he can access via Apple Health. There is also a special condition of his supervised release allowing the probation office to pay for mental health treatment if necessary.

**RELEASE INVESTIGATION**:
Mr. Reynolds is requesting to reside with his sister, Michelle Reynolds. However, she does not have verifiable housing in this district. Ms. Reynolds is in the process of relocating back to Washington from California for employment and to support her brother if he is approved for compassionate release. She is pending approval at several apartment complexes.

Until Mr. Reynolds' sister can obtain her own apartment, his niece Deshanee Parker is willing to provide him housing. She resides at ████████████████████████████████ with her husband and three minor children.

**SUPERVISED RELEASE**:
I reviewed the terms and conditions of supervised release in his original judgment and believe they are sufficient for supervision if he is released from custody.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Connie Smith<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 10th day of June, 2020. | BY: |
| *[signature]*<br>Timisha Gilbert<br>United States Probation Officer | *[signature]*<br>Brian Johnson<br>Supervising United States Probation Officer |

CC:
Micki Brunner; Assistant United States Attorney
Neil Fox; Defense Counsel