Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LAMONT JEFFREY REYNOLDS,<br><br>            Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Lamont Jeffrey Reynolds' Motion for Early Termination of Supervised Release. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 1624) is **DENIED**.

DATED this 16th day of December, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1